' tA 
Ely GreenbergTraurig (Pager emer 
Daniel Pulecio-Boek fe Fo He bay 
Tel 202.331.3117 
puteclobcekd@ctlaw.com@gtlaw.com potent 
 □□ Ca 
 October 29,2020 oS 2 2) y Fad: 
Via ECE Ah fp-beertl GoCbawr □□ 
Hon. P. Kevin Castel 
United States District Court, Southern District of New York , 7 
500 Pearl Street i Fra L. _ npach At □□□□□ 
New York, New York 10007 co @ COF □□□ 
 Re: MN Theaters 2006 LLC v. Grupo Cinemex, S.A. de C.V. (Case No. 20-cv-5860) 
Dear Judge Castel: ZEA LE OD Zi 
 On behalf of Defendant Grupo Cinemex, 8.A. de C.V. (“Grupo Cinemex”), we write pursuant 
to Rule 5(B) of Your Honor’s Individual Rules and Practices and respectfully seek leave to file under 
seal one deposition transcript containing confidential non-public financial information. Grupo 
Cinemex respectfully requests that the Court allow it to file under seal the deposition transcript of 
Jorge Pena, dated October 14, 2020, Grupo Cinemex’s 30(b)(6) witness. The deposition transcript 
was designated confidential by counsel for Grupo Cinemex because it contains discussion of 
nonpublic and confidential information that would harm Grupo Cinemex if publicly disclosed. 
 Specifically, the deposition transcript contains discussion regarding, among other things, (a) 
bank account statements, including specific payments refiected in those statements and the balances 
in these accounts, (b) loan documents and credit agreements, (c) balances of loans between Grupo 
Cinemex and its subsidiaries, (d) identifying information regarding certain personnel, and (e) other 
non-public information regarding Grupo Cinemex’s assets and finances. See Scantibodies Lab., Inc. 
v. Church & Dwight Co., No. 14cv2275 (JIGK) (DF), 2016 U.S. Dist. LEXIS 154396, at *41 
(S.D.N.Y. Nov. 4, 2016) (referencing (30(b)(6) deposition transcript that had been filed under seal); 
Kaplan v. Multimedia Entm’t, Inc., No. 02-CV-00447C(F), 2005 U.S. Dist. LEXIS 40351, at *3 
(W.D.N.Y. Oct. 27, 2005) (referencing numerous exhibits filed under seal including deposition 
testimony); Tese-Milner v. Diamond Trading Co., 2010 U.S. Dist. LEXIS 143934, at *2 (S.D.N.Y. 
May 14, 2010) (noting that “financial statements” had been filed under seal);Cumberland Packing 
Corp. v. Monsanto Co., 184 F.R.D. 504, 506 (E.D.N.Y. 1999) (noting that commonly sealed 
information includes “revenue information, pricing information, and the like.”). 

 Respectfully submitted, 
 /s/ Daniel Pulecio-Boek 
 Daniel Pulecio-Boek 
cc: All counsel of record (via ECF) 

Greenberg Traurig, LLP | Attorneys at Law 
Metlife Building | 200 Park Avenue | New York, New York 10166 | T +1 212.801.9200 | F +1 212.804.6400 
 □□□□ □□□□□□□□□